# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 5, 2022

Lyle W. Cayce
Clerk

No. 22-40260
Summary Calendar

---

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

IGNACIO GIRON-VARGAS,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:21-CR-2109-1

---

Before WIENER, ELROD, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Defendant-Appellant Ignacio Giron-Vargas has moved for leave to withdraw, filing a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United*

---

[*] Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 22-40260

*States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Giron-Vargas has not filed a response.

Having reviewed the brief and record reflected therein, we concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. The Sentencing Guidelines and applicable procedural and substantive law support this conclusion.

Counsel's motion for leave to withdraw is GRANTED; counsel is excused from further responsibilities herein; and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.